IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| NANCY HESTER | § | CASE NO. _____ |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HUMAN SERVICES OF SOUTHEAST | § | |
| TEXAS INC ET AL | § | |
| Defendants. | § | |

## DEFENDANT SPINDLETOP CENTER'S NOTICE OF REMOVAL

Defendant Human Services of Southeast Texas Inc. ("Spindletop Center") gives notice of removal of this matter from the 58th Judicial District Court of Jefferson County, Texas to this Honorable Court.

## BACKGROUND

1. On January 17, 2020, Plaintiff Nancy Hester filed this action against Spindletop Center, Amber Woods, and Ala Abbott, Cause No. A-0205145; *Nancy Hester v. Human Services of Southeast Texas Inc. et al*, in the 58th Judicial District Court of Jefferson County, Texas.

2. Plaintiff's Original Petition alleges Defendants discriminated against her based on her age in violation of the Age Discrimination in Employment Act and her race in violation of Title VII of the Civil Rights Act, retaliated against Plaintiff in violation of the Texas Commission on Human Rights Act, and intentionally inflicted emotional distress on Plaintiff. *See* Exhibit C.

3. Plaintiff's Original Petition includes a jury demand.

4. On January 20, 2019, Plaintiff served Spindletop Center with Plaintiff's Original Petition. Spindletop Center files its notice of removal within thirty (30) days after Spindletop Center's receipt of Plaintiff's Original Petition.

4838-8142-0979.1                    1

## FEDERAL QUESTION JURISDICTION

5.     This Court has original jurisdiction over this matter under 28 U.S.C. § 1331 because this action arises under the Age Discrimination in Employment Act, 29 U.S.C. § 623, and Title VII of the Civil Rights Act. Accordingly, this action may be removed under 28 U.S.C. §1441(c).

## VENUE

6.     Removal venue is proper in this district and division under 28 U.S.C. §1441(c) and 28 U.S.C. §1446(a) because this is the district and division that embraces the state court from which the removed action was pending.

## NOTICE TO ADVERSE PARTIES AND STATE COURT

7.     Spindletop Center is giving Plaintiff notice of this Notice of Removal as required by 28 U.S.C. §1446(d) by FedEx.

8.     Defendant will also file a copy of this Notice of Removal with the 58th Judicial District Court of Jefferson County, Texas where the state court action is currently pending, as required by 28 U.S.C. §1446(d).

## ATTACHMENTS

9.     Spindletop Center has attached copies of all pleadings, process, and orders from the state court action as required by 28 U.S.C. § 1446(a) and LR 81.

10.    The following documents are filed as exhibits to this notice of removal:

| | |
|---|---|
| Exhibit A: | All process in the case; |
| Exhibit B: | Civil Case Information Sheet; |
| Exhibit C: | Plaintiff's Original Petition; |
| Exhibit D: | State Court Docket Sheet; and |
| Exhibit E: | List of all counsel of record. |

Spindletop Center respectfully gives notice of removal of this cause from the 58th Judicial District Court of Jefferson County, Texas to this Honorable Court for all further proceedings.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ William S. Helfand*
WILLIAM S. HELFAND
Bill.Helfand@lewisbrisbois.com
State Bar No.: 09388250
Federal Id. No.: 8791
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Tel: (832) 460-4606
Fax: (713) 759-6830
**ATTORNEY FOR SPINDLETOP CENTER**

## CERTIFICATE OF SERVICE

I certify that the foregoing notice of removal was served in accordance with the Federal Rules of Civil Procedure, by FedEx Airbill No. 390272892703 on February 10, 2020, on the following:

Nancy Hester
2294 Broadway Street, Apt 7
Beaumont, Texas 77701
***Plaintiff, pro se***

*/ s / William S. Helfand*
WILLIAM S. HELFAND

4838-8142-0979.1

3